# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

| | |
|---|---|
| NATALIE PAPPAS, an individual, on her own behalf, on behalf of the general public, and on behalf of all others similarly situated,<br><br>  Plaintiffs - Appellees,<br><br>v.<br><br>NAKED JUICE CO. OF GLENDORA, INC., a California corporation,<br><br>  Defendant – Appellee,<br><br>v.<br><br>DAWN WEAVER,<br><br>  Objector - Appellant. | No. 14-55289<br><br>D.C. No. 2:11-cv-08276-JAK-PLA<br>U.S. District Court for Central California, Los Angeles<br><br>**MOTION TO VOLUNTARILY DISMISS APPEAL** |

  Pursuant to Federal Rule of Appellate Rule of Procedure 42(b), Appellant Dawn Weaver hereby moves the Court for an order dismissing the above-captioned appeal.

/ / /

/ / /

The parties have agreed that each shall bear their own costs and fees on appeal.

Dated: April 21, 2014  **LAW OFFICES OF DARRELL PALMER PC**

        By: s/ Joseph Darrell Palmer
        Joseph Darrell Palmer

        Joseph Darrell Palmer (SBN 125147)
        darrell.palmer@palmerlegalteam.com
        LAW OFFICES OF DARRELL PALMER PC
        2244 Faraday Avenue, Suite 121
        Carlsbad, CA 92008
        Telephone: (858) 215-4064
        Facsimile: (866) 583-8115

        Attorneys for Appellant Dawn Weaver

## CERTIFICATE OF SERVICE

I hereby certify that on April 21, 2014, I electronically filed the foregoing with the Clerk of the Court of the United States Court of Appeals for the Ninth Circuit by using the Appellate CM/ECF system.

I certify that all participants in the case who are registered CM/ECF users that service will be accomplished by the USDC CM/ECF system.

        /s/ Joseph Darrell Palmer
        Joseph Darrell Palmer
        Attorney for Appellant